

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| ACCREDITED SURETY AND CASUALTY COMPANY, INC., | § | No. 08-21-00039-CV |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | 112th District Court |
| v. | | |
|  | § | of Pecos County, Texas |
| TARGA SOUTHERN DELAWARE LLC, | | |
|  | § | (TC# P-12305-B-112-CV) |
| Appellee. | | |
|  | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **December 2, 2021** and the Appellant's reply brief until **January 3, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF AND THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lauren B. Harris, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before December 2, 2021, and that the Hon. Toni Scott Reed, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before January 3, 2022.

IT IS SO ORDERED this 27th day of October, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.